

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Employees Retirement System of Texas, | § | No. 08-19-00084-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| Claudia Gutierrez, Individually and as Next Friend of L. F. G., a minor, | § | of El Paso County, Texas |
| | § | (TC# 2015DCV1608) |
| Appellee. | § | |
| | § | |

# **O RDER**

The Court filed the supplemental clerk's record requested in its order issued on June 12, 2019. The Court has determined that the judgment is now final and appealable. Therefore, the appeal is reinstated, and the motion for extension of time to file the Appellant's brief is GRANTED. The Appellant's brief is due September 13, 2019.

IT IS SO ORDERED this 14th day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.